BETTY A. MYSNYK, as Administratrix of the Estate of STEPHEN MYSNYK, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29946.) — All concur. (Appeal from a judgment dismissing a claim for damages for the death of claimant's intestate, alleged to have resulted by reason of a truck which he was driving running off a State highway.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

FLORA PATRICK, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant, et al., Defendants.— Memorandum: The record presents only questions of fact and, in our opinion, the verdict is supported by the evidence. All concur. (Appeal from a judgment for plaintiff in a bus line negligence action. The order denies defendant's motion for a new trial.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

FRANK PATRICK, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant, et al., Defendants.— 

Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SEVENTH JUDICIAL DISTRICT.— WILLIAM F. STRANG, Esq., of Rochester, N. Y., is appointed a member of the Committee in place of GEORGE F. BODINE, Esq., deceased. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.